IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

KIM ANTHONY POLONCZYK,

    Plaintiff,

v.

                                      CASE NO. 3:16-cv-599-RV-GRJ

BILL GATES, et al.,

    Defendants.

_____/

**O R D E R**

    This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated March 16, 2017 (ECF No. 9).  Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a <u>de novo</u> determination of the timely filed objections.

    Having considered the Report and Recommendation, and the timely filed objections thereto (doc.10), I have determined that the Report and Recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

    2.    HP Inc. and Mircosoft Corporation's Motion to Dismiss and Incorporated

Memorandum Brief in Support Thereof, ECF No. 3, is **GRANTED.**  This case is **DISMISSED**.

    3.  The clerk is directed to close the file.

    **DONE AND ORDERED** this 28th day of March, 2017.

                        */s/ Roger Vinson*
                        **ROGER VINSON**
                        **SENIOR UNITED STATES DISTRICT JUDGE**